FILED
JAN 28 1993
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE )
COMMISSION, )
 )
      Plaintiff, )
 )
v. ) Civil Action No. 89-1854  SSH
 )
PAUL A. BILZERIAN, et al., )
 )
      Defendants. )

### ORDER

For the reasons stated in the accompanying Opinion, it hereby is

ORDERED, that plaintiff's motion for judgment of disgorgement is granted. It hereby further is

ORDERED, that defendant Bilzerian is required to disgorge $33,140,787.07 plus interest. It hereby further is

ORDERED, that, as the Court finds that there is no just reason for delay, this judgment of disgorgement shall be entered as a final separate judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. It hereby further is

ORDERED, that, within 21 days of the date of this Order, plaintiff shall notify the Court as to how it intends to proceed as to the remaining defendants.

SO ORDERED.

                                      Stanley S. Harris
                                      United States District Judge

Date: JAN 28 1993