UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

SECURITIES AND EXCHANGE COMMISSION, :
:
                            Plaintiff, :
:
                                   : Civil Action
                      v. : No. 89-1854 (RCL)
:
PAUL A. BILZERIAN, et al., :
:
                           Defendants. :
:

---

**FILED**

JUL 1 9 2001

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

## ORDER

    Before the Court is the motion of Deborah R. Meshulam, solely in her capacity as Receiver of the *Securities and Exchange Commission v. Paul A. Bilzerian, et al.*, Civil Action No. 890-1854 (RCL) Receivership Estate (the "Receiver"), for an order holding the Defendant, Paul A. Bilzerian, in civil contempt for failure to comply with the Court's Order Appointing Receiver, dated December 22, 2000, as amended by Order dated March 1, 2001 (the "Receivership Order"). The Court finds that Defendant is in contempt of the Receivership Order and grants the motion of the Receiver. Accordingly, on this _19th_ day of _July_, 2001, it is hereby:

    ORDERED, that Defendant, Paul A. Bilzerian, is adjudged and decreed to be in contempt of this Court's Receivership Order; it is further

    ORDERED, that in order to purge himself of this finding of civil contempt, Defendant, Paul A. Bilzerian, shall, within two (2) business days of entry of this Order,

withdraw with prejudice his motion filed in <u>In Re: Paul A. Bilzerian, Debtor,</u> Case No. 91-10466-8P7 (Bnkr. M.D. Fla., Tampa Div.) seeking to reopen that proceeding ("Motion to Reopen"); it is further

ORDERED, that in the event that Defendant, Paul A. Bilzerian, fails to withdraw the Motion to Reopen as ordered by this Court, then, pursuant to Fed. R. Civ. Pro. 70, the Receiver *[handwritten: or her representative]* is empowered and directed to withdraw said motion in place and stead of Defendant, Paul A. Bilzerian, and to take all other necessary steps, if any, to close the bankruptcy proceeding in the United States Bankruptcy Court for the Middle District of Florida; and it is further

ORDERED, that should the Receiver be required to withdraw the Motion to Reopen, Defendant Paul A. Bilzerian, shall bear all costs and fees associated therewith; and it is further

ORDERED that Defendant Paul A. Bilzerian, his agents, servants, employees, and attorneys, and those persons in active concert or participation with them, who receive actual notice of this Order by personal service or otherwise, are prohibited from filing or causing the filing of any complaint, proceeding or motion in the United States Bankruptcy Court for the Middle District of Florida, or from otherwise commencing or causing the commencement of any proceedings in any court, other than in this Court or in appeals of this Court's Orders to the United States Court of Appeals for the District of Columbia, without prior application to and approval of this Court; and it is further

ORDERED that if Defendant Paul A. Bilzerian has already filed a complaint in the United States Bankruptcy Court for the Middle District of Florida, he shall immediately file a notice of dismissal pursuant to Bankruptcy Rule 7041; and it is further

ORDERED that if Defendant Paul A. Bilzerian has already filed a complaint in the United States Bankruptcy Court and fails to immediately file a notice of dismissal pursuant to Bankruptcy Rule 7041, the Receiver is hereby authorized and directed to take such action on his behalf and to take all other necessary steps, if any, to dismiss such complaint in the United States Bankruptcy Court for the Middle District of Florida; and it is further

ORDERED that the U.S. Marshals Service shall (i) accept a copy of this Order, (ii) shall deliver same to Defendant Paul A. Bilzerian forthwith, but in any event no later than one (1) business day after the date of its receipt, and (iii) certify to this Court that this Order was delivered to Defendant, Paul A. Bilzerian.

DATED: 7-19-01

                                                HON. ROYCE C. LAMBERTH
                                                UNITED STATES DISTRICT JUDGE