UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>PAUL A. BILZERIAN,<br><br>    Defendant. | Case No. 89-1854 (RCL) |

## HAIRCUT'S REQUEST FOR EVIDENTIARY HEARING

HAIRCUT PARTNERS LLLP ("Haircut"), by and through its undersigned counsel, hereby requests an evidentiary hearing on Haire's Verified Motion for Order to Show Cause (Doc. 970) ("Motion"), and states as follows:

Haircut has simultaneously filed a Memorandum in Opposition to Haire's Verified Motion for Order to Show Cause. In the event that Haircut has not thereby satisfied this Court that it is not in violation of this Court's 2001 Order, Haircut respectfully requests an evidentiary hearing to determine whether there are any evidentiary facts which would support a finding that Haircut is in violation of this Court's 2001 Order, as Haire has alleged.

Respectfully submitted,

    /s/ David E. Hammer    
David E. Hammer, Esq.
Florida Bar No. 23173
David E. Hammer, P.A.
212 Crystal Grove Blvd.
Lutz, FL 33548-6460
(813) 274-4999
Fax: (800) 967-7340
mail@davidhammeresq.com

Sponsored *pro hac vice* by local counsel:

      /s/ Sanford M. Saunders, Jr.
Sanford M. Saunders, Jr.
D.C. Bar No. 376098
Greenberg Traurig, LLP
2101 L Street, NW
Suite 1000
Washington, DC 20037
Tel. 202-331-3130
Fax 202-331-3101
saunderss@gtlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing HAIRCUT'S REQUEST FOR EVIDENTIARY HEARING was served by electronic/U.S. mail upon Paul Bilzerian, 16634 Sedona de Avila, Tampa, FL 33613; John Richards Jr., Trout Cacheris PLLC, 1350 Connecticut Avenue N.W., Ste. 300, Washington, DC 20036; Richard Simpson, 450 F Street NW, Mail Stop 4-2, Washington, DC 20549; Cristen Rose, 500 Eighth Street NW, Washington, DC 20004, Ernest B. Haire III, 16225 Villarreal de Avila, Tampa, FL 33613, and Geoffrey Todd Hodges, 9545 N. Florida Avenue, Tampa, FL 33612 on this third day of February, 2009.

                                                     /s/ David E. Hammer
                                                 David E. Hammer, Esq.