UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE
COMMISSION,

Plaintiff,

v.

Case No. 89-1854 (RCL)

PAUL A. BILZERIAN,

Defendant.

## MOTION TO ENJOIN DOUGLAS MENCHISE FROM FILING AND PROSECUTING LAWSUITS AND MOTIONS AGAINST PAUL A. BILZERIAN, AND NOTICE OF INTENTION TO DEFEND

PAUL A. BILZERIAN ("Bilzerian"), Defendant, *pro se*, hereby moves to enjoin Douglas Menchise and his attorneys from filing and prosecuting lawsuits and motions against Bilzerian, gives notice to this Court of his intention to defend against a lawsuit and a motion filed against him in the United States Bankruptcy Court in and for the Middle District of Florida, and states as follows.

On February 24, 2009, Douglas N. Menchise ("Menchise"), the Chapter 7 Trustee in the bankruptcy case styled as In re Terri L. Steffen, Case No. 8:01-bk-09988-ALP, pending in the Bankruptcy Court in and for the Middle District of Florida ("Steffen Case"), filed a lawsuit against several parties, including three parties to this case: the Securities and Exchange Commission, Bilzerian, and Deborah Meshulam, Receiver ("Lawsuit"). The Lawsuit is styled as Menchise v. Steffen, Case No. 8:09-ap-00093-ALP. The Lawsuit was served by mail upon Bilzerian while he was traveling. According to the Bankruptcy Court Docket, Bilzerian is required to serve an answer on or before March 25, 2009. Bilzerian contends that, although the Lawsuit is frivolous, he is required to answer the Lawsuit and file any mandatory counterclaims and crossclaims. The Receiver

1


RECEIVED
MAR 2 3 2009
Clerk, U.S. District and
Bankruptcy Courts

has filed a Status Report Regarding the Action Filed Against the Receiver (Doc. 977) indicating that Menchise is in violation of the receivership orders of this Court for filing the Lawsuit. However, until this Court makes such a finding, Bilzerian must defend the frivolous Lawsuit.

On January 23, 2009, Menchise filed a motion ("Motion") in the Steffen Case seeking to examine Bilzerian under Rule 2004, *Federal Rules of Bankruptcy Procedure*. Steffen Case, Doc. 773. Menchise did not serve Bilzerian with the Motion. The Motion was heard on February 24, 2009. The Motion was not contested with respect to Bilzerian, and was granted with respect to Bilzerian ("Order"). Steffen Case, Doc. 838. Although Bilzerian has not been served with a subpoena as of the date of this Motion, Bilzerian anticipates that Menchise will serve Bilzerian with a subpoena pursuant to the Order. Bilzerian intends to contest the Order, and any subpoena served thereunder. Menchise has also asserted, falsely, that he has served one or more subpoenas upon Bilzerian in one or more adversary proceedings in the Steffen Case. No such subpoenas have been served; however, Bilzerian understands that there are multiple motions seeking to hold Bilzerian in contempt ("Contempt Motions"). Bilzerian may be required to defend against those motions.

Bilzerian hereby requests that this Court either enjoin Menchise from proceeding against Bilzerian on the Lawsuit and/or the Motion or enter an order confirming Bilzerian's constitutional right to defend himself. If this Court does not enter any order directing him to do otherwise, Bilzerian hereby announces his intention to file a motion in the United States Bankruptcy Court for the Middle District of Florida contesting the Motion and Order, opposing the Contempt Motions, and to file an answer and appropriate counterclaims and crossclaims in response to the Lawsuit. None of Bilzerian's actions will be adverse to the Receiver and should have no impact on the Receivership Estate.

WHEREFORE, for the foregoing reasons, Bilzerian respectfully requests that this Court enter an order enjoining Douglas Menchise from proceeding against him or enter an order confirming Bilzerian's constitutional right to defend himself.

Respectfully submitted,

*Paul A. Bilzerian*

Paul A. Bilzerian, *pro se*
16334 Sedona de Avila
Tampa, FL 33613

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by regular mail upon John Richards, Jr., Trout Cacheris PLLC, 1350 Connecticut Avenue N.W., Ste. 300, Washington, DC 20036; Richard Simpson, 450 F Street NW, Mail Stop 4-2, Washington, DC 20549; Douglas Menchise, 300 Turner St., Clearwater, FL 33756, and Cristen Rose, 500 Eighth Street NW, Washington, DC 20004, on this twenty-third day of March, 2009.

*Paul A. Bilzerian*
_____
Paul A. Bilzerian