AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 89-1854(RCL) |
| PAUL A BILZERIAN, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dan Bilzerian.

Date: 11/26/2013

/s/ Thomas C. Goldstein
*Attorney's signature*

Thomas C. Goldstein #458365
*Printed name and bar number*
Goldstein & Russell, P.C.
5225 Wisconsin Ave. NW
Suite 404
Washington, DC 20015

*Address*

tgoldstein@goldsteinrussell.com
*E-mail address*

(202) 362-0636
*Telephone number*

(866) 574-2033
*FAX number*