UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FILED
FEB 2 6 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

PAUL A. BILZERIAN, et al.,

Defendants

Civil Action
No. 89-1854 (RCL)

## ORDER

Dan Bilzerian's Unopposed Motion to Terminate Proxy and Lift Restrictions on Securities of Cimetrix, Inc. is hereby GRANTED. Movant may sell 1,648,500 shares of stock of Cimetrix, Inc. (the "Shares"), but he may not sell the Shares to Paul A. Bilzerian, Terri L. Steffen, or any person or entity associated with or acting in concert with those individuals. Should movant sell the Shares in a private sale, he is required to notify the Receiver of the identity of the purchaser, and to submit to the Receiver a sworn representation that the purchaser is not associated with or acting in concert with Paul A. Bilzerian or Terri L. Steffen.

DATED: 2/25/14

Hon. Royce C. Lamberth
United States District Judge