UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.                                        Case No 89-1854 (RCL)

PAUL A. BILZERIAN, et al,

        Defendants
_____/

KEVIN A. HORSTWOOD
Haven House, Grand Mal,
St Georges Parish,
Grenada W.I.

        Movant.

v.

PAUL BILZERIAN, et al.,

        Defendants.
_____

## ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION FOR POST-JUDGEMENT INTERVENTION

Upon consideration of the motion of Kevin A. Horstwood for leave to file a motion for intervention solely for the purpose of seeking enforcement of the Court's Order dated July 19, 2001, and any opposition thereto, it is hereby,

ORDERED:

1. The motion for leave is GRANTED.

Entered this _9th_ day of _April_, 2024.

*Royce C. Lamberth*

Royce C. Lamberth

United States District Judge.

Copies to:

Paul A. Bilzerian
P.O. Box 2086
Basseterre 33613
St. Kitts
Email: pabilzeria@aol.com

Adam Bilzerian
37636 Dream Island Rd
Crosslake, MN 56442
Email: adambilzerian@aol.com

International Investments Ltd.
858 Zenway Boulevard,
Frigate Bay St Kitts, W.I.
Email: derriann@charlesandassociateslaw.com

Michael James Roessner
SECURITIES AND EXCHANGE COMMISSION
Division of Enforcement
100 F. Street, NE
Mail Stop 5631
Washington, DC 20549
202-551-4347
Email: roessnerm@sec.gov

John G. Silbermann
U.S. SECURITIES & EXCHANGE COMMISSION
100 F Street, NE
Washington, DC 20549
(202) 551-4907
Email: silbermannj@sec.gov

Kathleen A. Ford
SECURITIES & EXCHANGE COMMISSION
44 Montgomery Street

26th Floor
San Francisco, CA 94104-4603
(415) 705-2500
Fax: (415) 705-2501
Email: fordka@sec.gov