UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff,*<br><br>v.<br><br>**PAUL A. BILZERIAN**, *et al.*,<br><br>*Defendants.* | Case No. 1:89-cv-1854-RCL |

## ORDER

Upon consideration of the intervenor Mr. Kevin Horstwood's Motion [ECF No. 1248] for an Order to Show Cause, the Court's Order [ECF No. 1251] of September 20, 2024 directing Mr. Paul Bilzerian to show cause why he should not be held in contempt, Mr. Bilzerian's Response [ECF No. 1254] to that Order, and the entire record herein, and for the reasons contained in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Mr. Paul Bilzerian is in civil contempt for violation of the Court's July 19, 2001 Order [ECF No. 416]. And it is further

**ORDERED** that Mr. Paul Bilzerian, his attorneys, his associates (including, but not limited to, Mr. Adam Bilzerian, Mr. Vernon Veira, and Mr. Gregory Gilpin-Payne), and any firm actually or purportedly associated with Mr. Paul Bilzerian (including, but not limited to, International Investments Ltd., International Investors Group, Inc., Caribbean Building Systems Ltd., and the Lemon Grove Company Ltd.), purge the contempt by immediately dismissing or withdrawing any lawsuit against Mr. Kevin Horstwood or his attorneys that is pending in any foreign or domestic court. Such lawsuits include, but may not be limited to, the cases numbered SKBHCV 2011/0320,

SKBHCV 2016/0311, and SKBHCV 2017/0072 pending in the Eastern Caribbean Supreme Court. And it is further

**ORDERED** that Mr. Paul Bilzerian shall file, within fourteen days of this Order, proof of compliance with this Order. And it is further

**ORDERED** that Mr. Paul Bilzerian shall furnish a copy of this Order to his attorneys, as well as to Mr. Adam Bilzerian, Mr. Dan Bilzerian, Mr. Gregory Gilpin-Payne, and Mr. Vernon Veira. And it is further

**ORDERED** that all those in receipt of this Order are hereby advised that noncompliance may result in the initiation of criminal contempt proceedings.

**SO ORDERED.**

Date: January 24, 2025

Royce C. Lamberth
United States District Judge