UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE
COMMISSION,

Plaintiff,

v.                                                                    Case No. 89-1854 (RCL)

PAUL A. BILZERIAN,

    Defendant.

**PAUL A. BILZERIAN'S NOTICE OF COMPLIANCE WITH THIS COURT'S
JANUARY 24, 2025 ORDER**

Paul A. Bilzerian ("Bilzerian"), files this Notice of Compliance with this Court's January 24, 2025 Order.

On January 24, 2025, this Court ordered Bilzerian to immediately dismiss or withdraw any lawsuit against Mr. Kevin Horstwood or his attorneys that is pending in any foreign or domestic court. I hereby certify that I am not a party to any case involving Mr. Horstwood or his attorneys and therefore do not have any ability to dismiss or withdraw any lawsuit against them. However, I did request on February 3, 2025, that the plaintiffs or claimants dismiss or withdraw the following lawsuits pending in the High Court of Justice in the Federation of Saint Christopher and Nevis in the Eastern Caribbean Supreme Court:

    Claim No. SKBHCV2011/0320, *International Investments Ltd vs Kevin Horstwood*;

    Claim No. SKBHCV2016/0311, *International Investments Ltd vs Kevin Horstwood; and*

    Claim No. SKBHCV2017/0072, *Lemon Grove Company Ltd vs. Terrence V. Byron and Byron and Byron*.

The Court further ordered me to furnish a copy of the January 24, 2025 Order to my attorneys, as well as to Mr. Adam Bilzerian, Mr. Dan Bilzerian, Mr. Gregory Gilpin-Payne, and Mr. Vernon Veira.  I hereby certify that I have mailed, postage prepaid, a copy of the January 24, 2025 Order to each of those four individuals.  I do not have an attorney with respect to these matters.

Respectfully submitted,

Paul A. Bilzerian, *pro se*

## CERTIFICATE OF SERVICE

I CERTIFY that I mailed a copy the foregoing PAUL A. BILZERIAN'S NOTICE OF COMPLIANCE WITH THIS COURT'S JANUARY 24, 2025 ORDER was filed with the Clerk of the United States District Court for the District of Columbia by using the CM/ECF system. Counsel for the Securities and Exchange Commission was served electronically by the CM/ECF system on this 7th day of February 2025.  In addition, a copy was also served by mail to Kevin Horstwood at Haven House, Grand Mal, St George, Grenada W.I. on this 7th day of February 2025.

Paul A. Bilzerian

Paul A. Bilzerian