## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

**SECURITIES AND EXCHANGE COMMISSION,**

        **Plaintiff,**

**v.**                                            Case No 89-1854 (RCL)

**PAUL A. BILZERIAN, et al,**

        **Defendants**
_____/

**KEVIN A. HORSTWOOD**
Haven House, Grand Mal,
St Georges Parish,
Grenada W.I.

        **Movant.**

**v.**

**PAUL BILZERIAN**, et al.,

        **Defendants.**

---

## NOTICE OF FILING FOREIGN COURT ORDER

KEVIN A. HORSTWOOD ("**Horstwood**"), *pro se*, hereby files the attached order from the High Court of Justice of the Federation of Saint Christopher and



Nevis.

Dated March 26, 2025.

*[signature: Kevin Horstwood]*

KEVIN A. HORSTWOOD
Haven House, Grand Mal, St George,
Grenada W.I.
Tel; +1 473 534 0087
E-mail kevinhorstwood@yahoo.co.uk

## CERTIFICATE OF SERVICE

I Kevin Andrew Horstwood hereby certify that I served a copy of the foregoing by regular or electronic mail on Paul A. Bilzerian P.O. Box 2086, Basseterre, St. Kitts, Michael J. Roessner, Esq., and Securities and Exchange Commission, Division, Division of Enforcement, 100 F Street NE, Mail Stop 5631, Washington, DC 20549 on this 26th day of March, 2025.

*[signature: Kevin Horstwood]*

KEVIN A. HORSTWOOD

THE EASTERN CARIBBEAN SUPREME COURT
IN THE HIGH COURT OF JUSTICE
FEDERATION OF SAINT CHRISTOPHER AND NEVIS
ST. CHRISTOPHER CIRCUIT
(CIVIL)
A.D. 2025

CLAIM NO. SKBHCV2011/0320
SKBHCV2016/0311

BETWEEN:

**ADAM BILZERIAN**                                                                   *Claimant*

AND

**KEVIN HORSTWOOD**                                                             *Defendant*

**BEFORE:**        Master Yuri Saunders

**APPEARANCES:**  Derriann Charles for the Claimant; and
                  Michelle Slack for the Defendant

**PRESENT:**      Kevin Horstwood;
                  Paul Bilzerian
                  Gregory Gilpin-Payne

**DATED:**        27 February, 2025

## ORDER

**UPON** the Claimant's application to substitute himself with the entity International Investments Ltd on 14 November, 2024 which was not before the Court;

**AND UPON** Paul Bilzerian who holds power of attorney for Adam Bilzerian indicating to the Court that he on behalf of Adam Bilzerian agreed and consented to pay any costs order made against International Investments Ltd. in these proceedings if the same was not paid by that entity within thirty (30) days.

**AND UPON HEARING** Counsel for the Claimant and Counsel for the Defendant.

**IT IS HEREBY ORDERED THAT**

1. The Court's Judgment is reserved to 8 April 2025; and
2. The Claimant shall file this order.

BY THE COURT



REGISTRAR

The Court office is located at Fortlands, Basseterre, St. Kitts, telephone number (869) 467-1336. The office is open between 8:30am and 3:30pm Mondays to Fridays except public holidays.

THE EASTERN CARIBBEAN SUPREME COURT
IN THE HIGH COURT OF JUSTICE
ST. CHRISTOPHER AND NEVIS
ST. CHRISTOPHER CIRCUIT
(CIVIL)
A.D. 2025

CLAIM NO.  SKBHCV2011/0320
            SKBHCV2016/0311

BETWEEN:

| | | |
|---|---|---|
| **ADAM BILZERIAN** | | *Claimant* |
| | **AND** | |
| **KEVIN HORSTWOOD** | | *Defendant* |

---

## ORDER

---

E-Filed by:

    Derriann Charles

    **CHARLES & ASSOCIATES**

    Attorneys-at-Law for the Claimant

    Telephone: (869) 466-7162

    Mobile: (869) 667-7162

    Email: derriann@charlesandassociateslaw.com