# EXHIBIT 5

*Declaration of Roberto J. Duque*

*(Jan. 2, 2025)*

# DECLARATION OF ROBERTO J. DUQUE

I, ROBERTO J. DUQUE, declare under the penalty of perjury:

1. I am over 18 years of age, and I have personal knowledge of the facts and circumstances stated in this declaration.

2. That From August 2022, to October 2, 2024, I served as Vice President of Business Development with Ignite International, LTD (Ignite US), and I am deeply familiar with the business of, Ignite International Brands, LTD. (Ignite Canada), and Ignite US (collectively referred to as "Ignite"), as well as business relationships among Ignite US, Ignite Canada, and the individual defendants Paul Bilzerian, Scott Rohleder, and Rupy Dhadwar.

3. Ignite Canada is a Canadian corporation with an office in Texas. Ignite Canada is in the business of selling electronic cigarettes (vapes), spirits (alcohol), apparel, and other brand products.

4. Ignite Canada – depending on the line of products – conducts its business either directly, or through its fully-owned subsidiaries such as Ignite US.

5. In the American market, Ignite US is responsible for sales of both tobacco-derived nicotine products and synthetic nicotine products popularly known as electronic cigarettes or vapes.

6. In the State of Nevada, Ignite US sells its nicotine products through an extensive network of Terrible Herbst convenient stores that in Las Vegas only, currently number 124 locations.

7. Attached as Exhibit A to this declaration is a true and correct copy of the December 30, 2024 printout from Ignite's own website located at <

1

DECLARATION OF ROBERTO J. DUQUE

https://puffignite.co/pages/store-locator-1> showing more than a hundred stores selling Ignite US's nicotine products in Las Vegas and vicinity.

8.    In the American market, Ignite Canada is responsible for sales of alcohol products such as vodka and tequila.

9.    Attached as Exhibit B to this declaration is a true and correct copy of the December 30, 2024 printout from Ignite's own website located at < https://ignitespirits.co/pages/store-locator> showing more than sixty stores selling Ignite Canada's alcohol products in Las Vegas and vicinity.

10.    To sell its products in Nevada, both Ignite US and Ignite Canada utilize its distributor Summit Spirits and Wine, Inc. ("Summit Spirits") – a Nevada Corporation located in Las Vegas, Nevada.

11.    That during my entire tenure with Ignite US, both Ignite US, and Ignite Canada extensively marketed their products in the United States in general and Nevada specifically, through use of Dan Bilzerian's likeness, such as his pictures, videos, signatures, voice, and overall brand of Dan Bilzerian.

12.    Ignite's distributor Summit Spirits also utilizes Dan Bilzerian's likeness to sell Ignite's products in Nevada. Attached as Exhibit C to this declaration is a December 20, 2024 printout from Summit Spirit's website located at < https://sswbeverage.com/ingite-spirits/> , marketing Ignite's vodka with Dan Bilzerian's name.

13.    That many of the pictures and videos used by Ignite in its marketing campaigns were taken in Las Vegas, Nevada, where Dan Bilzerian lives.

14.    That due to Dan Bilzerian's recognizable brand as a world-famous poker player, Ignite's extensively utilized his likeness to sell its products specifically in Nevada obtaining a significant revenue amount derived of sales of alcohol and nicotine.

2

DECLARATION OF ROBERTO J. DUQUE

15. That during my tenure at Ignite US, all significant business decisions at Ignite were made by Paul Bilzerian, Scott Rohleder, Michalis Voulelis, and Rupy Dhadwar, known together as the Leadership Team.

16. That Paul Bilzerian, despite not having any formal position with Ignite, is the ultimate decision-maker at Ignite and controls all aspects of its business, such as marketing, sales, finance, distribution, etc.

17. That during his tenure as CEO of Ignite, Scott Rohleder executed the Leadership Team decisions, including Ignite's marketing campaigns and use of Dan Bilzerian's likeness.

18. I declare under penalty under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 2, 2025, in Highland Village, Texas.


Roberto J. Duque
Digitally signed by Roberto J. Duque
Date: 2025.01.02 14:9:06 -06'00'

Roberto J. Duque

3

DECLARATION OF ROBERTO J. DUQUE

Case 2:19-cv-00154-RRB-NJK   Document 107-52   Filed 05/02/25   Page 5 of 13

# Exhibit A

Case 2:19-cv-00154-RRB-NJK   Document 107-52   Filed 05/02/25   Page 5 of 13

Case 2:19-cv-00195-RFB-NJK Document 407-52 Filed 05/30/25 Page 6 of 13

**WARNING: This product contains nicotine. Nicotine is an addictive chemical.**

Shop    Where to Buy    Wholesale    About

TE

Search   🔍   🛍 0  Login

#No2Minors

# STORE LOCATOR

Type a postcode or address…   🔍

📍 **Travel Centers of America 0331**

6595 North Hollywood Blvd
I-15, Exit 54 (Speedway Blvd.)
Las Vegas, NV 89115
United States

702-632-2640

📍 **Terrible Herbst**

6680 E. LAKE MEAD BLVD
LAS VEGAS, NV 89115

702-453-7680

📍 **Terrible Herbst**

3616 N LAS VEGAS BLVD
LAS VEGAS, NV 89115

(702) 643-1082



Powered by Stockist.

Case 2:23-cv-01054-RFB-NJK   Document 175   Filed 05/02/25   Page 7 of 13



What if life is so f*cking busy that even a quick run to the store is out of the question? Have it shipped straight to you.

Favorites are great, whether it's a flavor or your perfect puff count. But what about new arrivals? Your **new** favorite may be online only. Order and have it conveniently delivered to your door.

## THINGS TO KNOW WHEN BUYING VAPES FROM GAS STATIONS

If you run out of your favorite IGNITE vape, vape shops and gas stations can be great for easy, fast access. But they're sharing shelf space with (ahem) other vape brands. So you may face limited IGNITE flavor and puff count selections. And as nice as they may be, the workers at a gas station are probably not exactly knowledgeable sources for vaping devices.

Find a vape shop near you featuring IGNITE vapes or order online. But no matter where you buy your IGNITE products, don't compromise. Never settle. IGNITE your life.



# IGNITE INTERNATIONAL BRANDS LTD.    VAPE    CUSTOMER SERVICE

3308 Towerwood Drive
Farmers' Branch, TX 75234-2317
United States

675 Cochrane Drive, East Tower, Suite 639
Markham, Ontario L3R 0B8
Canada

VAPE PENS

VAPE PACKS

SHIPPING & RETURNS

PRIVACY POLICY

TERMS OF SERVICE

CONTACT US

RETURNS OR EXCHANGES



WARNING: Electronic Cigarettes and E-liquid products may contain nicotine, a chemical known to the State of California to cause birth defects or other reproductive harm. These products are not smoking cessation products and have not been tested as such. E-liquid products, electronic delivery devices, and accessories are intended for use by adults of legal smoking age (e.g., 21 years or older), and not by children, women who are pregnant or breastfeeding, or persons with or at risk of heart disease, high blood pressure, diabetes or taking medicine for depression or asthma, or who otherwise may be sensitive to nicotine. Nicotine is addictive and habit forming, and it is very toxic by inhalation, in contact with the skin, or if swallowed. Ingestion of the non-vaporized concentrated e-liquid ingredients can be poisonous. Keep away from children and pets. If ingested, immediately consult your doctor or vet. Nicotine can increase your heart rate and blood pressure and cause dizziness, nausea, and stomach pain. Inhalation of this product may aggravate existing respiratory conditions. These e-liquid products have not been evaluated by the Food and Drug Administration nor are they intended to treat, mitigate, prevent or cure any disease or condition.



# Exhibit B



ABOUT IGNITE    OUR VODKA    OUR TEQUILA    RECIPES    RETAILERS

 0

STORE LOCATOR

SHOP TEQUILA

SHOP VODKA

# STORE LOCATOR

## FIND IGNITE SPIRITS AT YOUR LOCAL RETAILER.

las vegas



### Lee's-N. Rancho
4421 N. Rancho
Las Vegas

### Lee's-N. Rancho
4421 N. Rancho
Las Vegas

### Lee's-Aliante
2830 W Deer Springs Rd.
Las Vegas

### Lee's-Aliante
2830 W Deer Springs Rd.
Las Vegas

Powered by Stockist.







**IGNITE
INTERNATIONAL
BRANDS, LTD**

330 Range
Drive
Farmersville
TX
United

675
Drive
Suite
Markham
L3R 0B8
Canada

support@ignite.co

---

Must be 21 to enjoy. Please drink responsibly.

© 2024 Ignite International, Ltd.

Case 2:19-cv-01054-RFB-NJK Document 175 Filed 06/02/25 Page 12 of 13

# Exhibit C

Case 2:19-cv-01054-RFB-NJK Document 175 Filed 06/02/25 Page 12 of 13

