# EXHIBIT 6

*Declaration of Dan Bilzerian*

*(July 30, 2025)*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE
COMMISSION,

        *Plaintiff,*

    vs.

PAUL A. BILZERIAN, *et al.,*

        *Defendants.*

Case No. 1:89-cv-1854-RCL

### DECLARATION OF DAN BILZERIAN

I, DAN BILZERIAN, declare under the penalty of perjury:

1.      I am over 18 years of age, and I have personal knowledge of the facts and circumstances stated in this declaration.

2.      I am the Movant in the above-captioned action.

3.      I am a resident of Nevada. I am the largest shareholder of Ignite International Brands, Ltd. (the "Ignite Brands"), a lifestyle company selling disposable vapes, spirits, and apparel under the lifestyle brand "Ignite" that I founded in around 2017.

4.      I am a former director and CEO of Ignite Brands. Ignite Brands is incorporated in the British Columbia, with a principal place of business in Texas, the United States.

5.      I have been involved with Ignite Brands since around 2017.

6.      Until December 2023, I served as the nominal CEO of Ignite Brands. Until June 2024, I served as a Chairman of the Board of Ignite Brands. I was not directly involved in the company's operations except for product development and marketing.

7.      Ignite International, LTD ("Ignite US") is a wholly owned subsidiary of Ignite Brands.

8.    Ignite Brands – depending on the line of products and immediate business needs – conducts its business either directly, or through its fully-owned subsidiaries such as Ignite US.

9.    That at least since 2023, all significant business decisions at Ignite Brands were made by Paul Bilzerian, Scot Rohleder, and later, since June of 2024 Rupy Dhadwar.

10.    That Paul Bilzerian, despite not having any formal position with Ignite Brands, is the decision maker at Ignite Brands, and controls all aspects of its business, such as marketing, sales, distribution, finance and human resources.

11.    Paul Bilzerian exercises his control over Ignite Brands through his agents and those acting in concert with him, including, but not limited to Greg Gilpin-Payne ("Gilpin-Payne")

12.    That one of the shareholders of Ignite Brands is International Investments, Ltd., ("IIL") that is fully controlled by Paul Bilzerian.

13.    In June of 2024, I was unlawfully removed from the position of Chairman of the Board by Greg Gilpin-Payne, acting on behalf of International Investments, Ltd. ("IIL"), and at the direction of my dad Paul Bilzerian.

14.    That Paul Bilzerian directs and controls all legal matters of Ignite Brands.

15.    That Paul Bilzerian is behind Ignite Brand's decision to commence and continue all litigation matters filed on behalf of Ignite Brands, including the decision to file an October 9, 2024 Notice of Application in the Supreme Court of British Columbia, in the case titled *Dan Bilzerian v. Ignite Int'l Brands, Ltd., et al.*, No. S-245663 (B.C. Sup. Ct., Van. Reg. filed Oct. 9, 2024), as well as the February 14, 2025 Notice of Civil Claim in an action filed in the same court titled *Ignite Itn'l Brands v. Bilzerian*, No. S-251196 (B.C. Sup. Ct., Van. Reg. filed Feb. 14, 2025).

2

DECLARATION OF DAN BILZERIAN

16.    That on multiple occasions, Ignite Brand's CEO John Schafer, and Ignite Brand's Nevada counsel Kimberly Stein, Esq. confirmed these facts to me.

17.    I declare under penalty under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 30, 2025, in Las Vegas, Nevada.

_____
Dan Bilzerian

3

DECLARATION OF DAN BILZERIAN