**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| SECURITIES EXCHANGE COMMISSION | ) | |
| | ) | 1:89-cv-1854-RCL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PAUL A. BILZERIAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**INTERVENOR ADAM BILZERIAN'S REQUEST FOR RULING ON DOCKET 1267**

Comes Now, Intervenor Adam Bilzerian, by and through his undersigned counsel David

Z. Chesnoff, Esq., Richard A. Schonfeld, Esq., and G. Allen Dale, Esq., and hereby files his

Request for the court to act on docket number 1267 filed on February 25, 2025.

Dated this 31st day of July, 2025.

RESPECTFULLY SUBMITTED:
    /s/ G. Allen Dale
G. Allen Dale
LAW OFFICES OF G. ALLEN DALE
555 13th Street NW Suite 500 West
Washington, DC 20004

CHESNOFF & SCHONFELD

    /s/ David Z. Chesnoff, Esq.
David Z. Chesnoff, Esq,
Richard A. Schonfeld, Esq.
520 S. 4th Street
Las Vegas, Nevada 89101

Attorneys for Intervenor
Adam Bilzerian

<u>**MEMORANDUM OF POINTS AND AUTHORITIES**</u>

**A.      Relevant Procedural History:**

On February 24, 2025, George Alan Dale noticed his appearance and a motion for leave to appear Pro Hac Vice was filed on behalf of David Chesnoff and Richard A. Schonfeld. That occurred at docket numbers 1260, 1261, and 1262.  The Pro Hac Vice motions were granted (Dkt. 1263 and 1264). On February 25, 2025 Counsel Chesnoff and Counsel Schonfeld filed their appearances (Dkt. 1265 and 1266). It was thereafter that Docket 1267 was filed. For reasons of judicial economy and also to reduce legal fees for Mr. Adam Bilzerian, it is respectfully requested that the court enter an order with respect to Adam Bilzerian's requests for relief in docket number 1267.

The matter has been fully briefed.

Unfortunately, additional pleadings keep getting filed, that most respectfully do not impact Mr. Adam Bilzerian's prior motion and memorandum and may require responses that would not be needed if in fact the court were to grant Adam Bilzerian's request contained in his previously filed pleadings.

Therefore, Mr. Adam Bilzerian asks that the court consider ruling on his pleading forthwith.

This request is made with the utmost respect for the court, but with consideration of judicial economy and also the continuing expense Mr. Adam Bilzerian continues to incur, which may be mooted by the court's order.

/ / /

Wherefore, premises considered, Adam Bilzerian respectfully requests that the court act upon his previous pleading filed at docket 1267 and for other relief as law and equity the court deems just and fair.

Dated this 31st day of July, 2025.

RESPECTFULLY SUBMITTED:

/s/ G. Allen Dale

G. Allen Dale

LAW OFFICES OF G. ALLEN DALE

555 13th Street NW Suite 500 West

Washington, DC 20004

CHESNOFF & SCHONFELD

/s/ David Z. Chesnoff, Esq.

David Z. Chesnoff, Esq,

Richard A. Schonfeld, Esq.

520 S. 4th Street

Las Vegas, Nevada 89101

Attorneys for Intervenor

Adam Bilzerian