## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served on all those registered for service using the CM/ECF system on this 31st  day of July, 2025.

In addition, a courtesy copy was sent by mail and email on this 31st  day of July, 2025, as follows:

Paul A. Bilzerian
P.O. Box 2086
Basseterre, St. Kitts
pabilzeria@aol.com

Michael J. Roessner, Esq.,
Securities Exchange Commission
100 F. Street NE
Mail Stop 5631
Washington DC 20549
RoessnerM@sec.gov


Kevin Horstwood
Haven House
Grand Mal, St Georges, Grenada, W.I.
kevinhorstwood@yahoo.co.uk

Dated this 31st  day of July, 2025.

                                        /s/ David Z. Chesnoff
                                        Chesnoff & Schonfeld