**EXHIBIT 1**

# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 18-5109**             **September Term, 2019**

**1:89-cv-01854-RCL**

**Filed On: December 09, 2019**

Securities and Exchange Commission,

    Appellee

  v.

Paul A. Bilzerian,

    Appellant

Ernest B. Haire,

    Appellee

**BEFORE:** Rogers, Griffith, and Rao, Circuit Judges

**O R D E R**

Upon consideration of the motions for leave to proceed in forma pauperis, the oppositions thereto, and the replies, it is

**ORDERED** that the motions for leave to proceed in forma pauperis be granted. See In re Bilzerian, No. 12-5034, unpublished order (D.C. Cir. Mar. 28, 2012) (per curiam).

The Clerk is directed to process the case in the normal course.

**Per Curiam**