UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) | Case No. 1:89-cv-1854-RCL |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PAUL A. BILZERIAN, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF PENDING MOTIONS AND REQUEST FOR RULINGS

Defendant Paul A. Bilzerian and Proposed Intervenors Ignite International Brands, Ltd. ("Ignite") and Scott Rohleder, by and through the undersigned attorneys, David I. Schoen, Nina Marino, and Moriah Radin, file this Notice to bring to the Court's attention the pendency of certain motions and, because the underlying issue is time-sensitive, to respectfully ask this Court for a ruling on the pending motions as soon as possible.

On August 20, 2025, Defendant Paul A. Bilzerian filed a Motion for Relief from Judgment under Rule 60(b) of the Federal Rules of Procedure (ECF No. 1285), asking this Court, in accordance with the decision in *Liu v. Securities and Exchange Commission*, 591 U.S. 71 (2020), related authority, and subsequent legislative action, to vacate the disgorgement Order entered against him in this Court by Judge Harris in 1993 (ECF Nos. 127 & 128).

On September 2, 2025, the Plaintiff filed its Opposition to the Rule 60(b) motion (ECF No. 1290) and on September 9, 2025, Mr. Bilzerian filed his Reply to the Plaintiff's Opposition (ECF

No. 1291). The Motion for Relief from Judgment has been fully briefed and ripe for decision (or for oral argument in advance of a decision) since September 9, 2025.

On August 26, 2025, Proposed Intervenors Ignite and Scott Rohleder filed a Motion to Intervene in order to join Mr. Bilzerian's motion to vacate the disgorgement Order because it now directly affects them as well, as explained in their motion (ECF No. 1287).

Contemporaneously with filing the Motion to Intervene, counsel for Ignite, Nina Marino, Esquire and Moriah Sage Radin, Esquire, filed Unopposed Motions to Appear *pro hac vice* in this matter for the purpose of advocating on behalf of Ignite in support of Mr. Bilzerian's Motion for Relief from Judgment (ECF Nos. 1288; 1289). As noted, the motions to appear *pro hac vice* are unopposed.

As explained in the Motion for Relief from Judgment, this Court's 1993 disgorgement Order is the underlying foundational basis for a criminal case pending against these moving parties in the Central District of California[1] (ECF No. 1285 at 9). Government counsel in the case pending in California has argued that, based on the collateral order doctrine, a challenge to the validity of the underlying 1993 disgorgement Order can only be heard in this Court (the Court that entered the Order at issue) and not in the California court (See ECF No. 1285 at 10, n. 2).

The trial in the criminal case pending in California is scheduled to begin on January 12, 2026. It is vitally important to the parties to get a decision from this Court on the validity of the 1993 disgorgement Order as far as possible in advance of the trial in the pending criminal case. If this Court were to deny the Motion for Relief from Judgment and find the 1993 disgorgement Order to be legally valid, notwithstanding the decision in *Liu* and its judicial and legislative progeny, Mr. Bilzerian and the Proposed Intervenors would plan to immediately seek an

---

[1] *United States v. Bilzerian, et al,*, 24-cr-00569-MEMF (C.D. Cal.).

expedited appeal in the United States Court of Appeals for the District of Columbia Circuit. The issue fundamentally must be decided in advance of the criminal case because it will have a defining impact on that prosecution.

Based on the substance of the fully briefed Motion for Relief from Judgment pending before this Court and the extremely pressing timing factors surrounding this matter, Mr. Bilzerian and the Proposed Intervenors respectfully felt it necessary to file this Notice and Request for a Ruling to bring the matter and its time sensitivity to Your Honor's attention.

The Proposed Intervenors and counsel for Ignite would also respectfully ask the Court to rule on their Unopposed Motions to Appear *pro hac vice* (ECF Nos. 1288 & 1299), and on the pending Motion to Intervene (ECF No. 1287).

Dated: November 4, 2025                                    Respectfully submitted,

                                                              By: ___/s/ David I. Schoen_____
                                                                   DAVID I. SCHOEN
                                                                   D.C. Bar No. 391408
                                                                   SCHOEN LAW FIRM, LLC
                                                                   2800 Zelda Road Suite 100-6
                                                                   Montgomery, AL 36106
                                                                   Tel: (917) 941-7952
                                                                   Email: schoenlawfirm@gmail.com


                                                               By: ___/s/ Nina Marino_____
                                                                   NINA MARINO
                                                                   MORIAH RADIN
                                                                   KAPLAN MARINO, PC
                                                                   1546 N. Fairfax Avenue
                                                                   Los Angeles, California 90046
                                                                   Tel: (310) 557-0007
                                                                   Fax: (310) 861-1776
                                                                   Email: marino@kaplanmarino.com
                                                                              radin@kaplanmarino.com
                                                                 (P*ro Hac Vice Motions forthcoming)*

## CERTIFICATE OF SERVICE

    I hereby certify that I have caused a true and correct copy of this Notice to be served on all counsel of record by filing the same through this Court's ECF system on this 4th day of November, 2025.

/s/ David I. Schoen