# **Exhibit 1**

Declaration of Dan Bilzerian

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

<table>
<tr><td>

**SECURITIES AND EXCHANGE
COMMISSION**,

       *Plaintiff*,

vs.

**PAUL A. BILZERIAN**, *et al.*,

       *Defendants*.

</td><td>

Case No. 1:89-cv-1854-RCL


**DECLARATION OF
DAN BILZERIAN**

</td></tr>
</table>

I, Dan Bilzerian, hereby declare:

1.      I am over 18 years of age and have never been convicted of a crime involving fraud or dishonesty. I have knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

2.      I am a Movant-Intervenor in the above-captioned matter. I make this declaration in support of the Motion to Supplement the Record (the "Motion").

3.      In reviewing my files, I have identified a further exhibit that evidences Defendant Paul Bilzerian's control of International Investments, Ltd. ("IIL").

4.      This evidence further proves that IIL is controlled by Defendant Paul Bilzerian and, therefore, proves that IIL's (and Ignite's) litigation activities are properly attributed to Defendant, in violation of the anti-litigation injunction.

5.      Specifically, after IIL purported to terminate me on June 2, 2024, Mr. Gilpin-Payne, for IIL, on June 5, 2024, sent a letter to Paul Fitzgerald, my then-counsel in Canada.

6.      A true and correct copy of that letter is attached to the Motion as **Exhibit 2**.

7.      Mr. Gilpin-Payne made a mistake; in sending the letter to Attorney Fitzgerald, he accidentally forwarded the email chain demonstrating its provenance.

Doc ID: 9a92e0e3358f45e2b430648bdcf6ccc6e4c135dc

- 2 -

8.      A true and correct copy of the email chain, which was forwarded to me by Attorney Fitzgerald, is attached to the Motion as **Exhibit 5**.

9.      Per the emails, Mr. Gilpin-Payne received the letter from Defendant Paul Bilzerian by e-mail at 5:16 p.m., who directed Mr. Gilpin-Payne that it was "the letter to be sent to Paul Fitzgerald[,]" and such was *after* the last modified time, which means that Mr. Gilpin-Payne sent the exact document Defendant sent him.

10.     Moreover, the email chain shows that Defendant Paul Bilzerian was the author of the letter, emailing Mr. Gilpin-Payne an hour and a half prior with a draft and seeking only "comments and suggestions[,]" with Defendant, an hour later, providing the "final version" for Mr. Gilpin-Payne's signature.

11.     The signature blocks in the email chain further show how intermeshed Defendant Paul Bilzerian is with IIL—Defendant's business address and work phone number are the same as Mr. Gilpin-Payne's. *Id.*

12.     Thus, the evidence submitted herewith shows that Mr. Gilpin-Payne is Defendant Paul Bilzerian's puppet, and the litigation activities at issue are properly attributed to Defendant, in contempt of the Court's order.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12 / 17 / 2025

_____
Dan Bilzerian

- 2 -
Declaration of Dan Bilzerian
1:89-cv-1854-RCL

Doc ID: 9a92e0e3358f45e2b430648bdcf6ccc6e4c135dc