# Exhibit 2

Letter to Paul Fitzgerald
June 5, 2024

**International Investments, Ltd**
**858 Zenway Blvd**
**Basseterre, St Kitts**
**(869) 466-8000**

Sent by email to: paul.fitzgerald@nortonrosefulbright.com

June 5, 2024

Mr. Paul Fitzgerald
Norton Rose Fulbright Canada LLP
222 Bay Street, Suite 3000, P.O. Box 53
Toronto, Ontario M5K 1E7 Canada
+1 416.216.3941

Re: Your Letter to Paul Bilzerian, dated June 4, 2024

Dear Mr. Fitzgerald:

This letter is in response to your letter to Paul Bilzerian, which I believe was intended for me. First, when Dan brought your firm in to commence litigation to resolve the governance issues, the shareholders were concerned about the damage a battle would cause and the likelihood that it would delay the planned sale of the company. So, although the majority of shareholders and the majority of the Board of Directors held the ability to vote Dan off the Board, we chose to enter into the settlement agreement instead. In our view Dan did not honor the settlement agreement and actually took significant action to circumvent the whole reason for entering into it – to get the company sold as quickly as possible.

Paragraph 3 states: *The Board's decisions will be made after consideration of the unanimous recommendation by the Consultants*. It appears Dan never had any intention of honoring this provision. He made decisions on his own and certainly not with the unanimous recommendation of the Consultants. In fact, two of them resigned because of that.

Paragraph 5 states: *Sales Process. The Company will proceed with Palm Tree Advisors to make arrangements for the Company to be offered for sale, either by a stock or asset sale, by no later than April 1, 2024*. Clearly, the Company did not go up for sale before April 1, 2024. A new investment banker was hired and planned to put the Company up for sale on June 1, 2024, but just before the launch Dan went on an antisemitic tirade which included several outrageous political posts that caused the investment banker to stop the sale process and advise the Company that, in their opinion, Dan's posts reduced the value of the Company by at least 50% and likely eliminated most of the prospective buyers. Every single shareholder, including the only shareholder Dan had recruited, was



very upset as it appeared Dan never intended to honor the Settlement Agreement and, in any event, was doing everything he could to make the Company unsaleable. It could certainly be argued that the Settlement Agreement was the result of a fraudulent inducement.

As the attached letter indicates, the majority of the Ignite International Brands, Ltd shareholders ("Shareholders"), Ignite's only lender which is owed over $20 million reflected in a demand note, 100% of the members of Ignite management, and a majority of Ignite's former directors asked Dan to resign. Even Dan's personal lender which holds promissory notes totaling almost $2.5 million that have been in default since February this year, asked Dan to resign. Dan's longstanding personal lawyer asked Dan to step down. The senior executive of Dan's personal holding company asked Dan to resign. Multiple meetings were held trying to persuade Dan to resign to mitigate the damage he had caused.

Dan was advised by all of these parties that he had severely breached his fiduciary duty to the Ignite shareholders and had caused enormous damage to Ignite's lifestyle brand by making ridiculous political statements including:

1. On Twitter: "In case y'all were confused on where I stand, let me be clear, Fuck Israel."
2. On Instagram: "Israel is a parasitic organism living off of America while providing us zero benefit. We are funding their war crimes and they've compromised our government."

Even worse, because Dan managed the Ignite social media pages, he caused Ignite to publicly "like" his inflammatory comments. Ignite's management and employees unanimously disagreed with his posts. Dan's posts resulted in the following backlash which are just a small sample of the negative reports that Ignite received:

- Summit Wine and Spirits, Ignite's Nevada distributor, has reported a backlash in which key accounts PKWY Tavern and Lee's Liquors, have ceased to do business with Ignite and have told Summit to pick up products previously sold to them.
- Ignite's general counsel, Kim Stein, has threatened to resign as counsel and has indicated that her affiliation with Ignite has damaged her business and reputation and has offended her and her family and friends.
- Ignite's investment banker, JD Ford and Company, has made it clear that on the eve of marketing the company for sale, the value of the company has been reduced "by at least 50%".
- International Investments, Ltd. ("II"), the company I represent, is the second largest shareholder and the only lender to Ignite which is owed $21,548,361 pursuant to a demand promissory note, so I am very concerned about the credit risk that Dan has created and am considering calling the loan.



In any event, pursuant to the attached letter of termination, Mr. Dan Bilzerian has been properly removed as Chairman of Ignite and should cease all activity on behalf of Ignite. It is the hope of all the stakeholders that Dan will focus on his other three businesses and not serve as a distraction to the Ignite management team as they embark on the very difficult task of trying to mitigate the damage from Dan's actions. This morning Dan used the Ignite Instagram account to make an unauthorized and bogus post announcing the launch of a new vape device, the V180. There is no such launch but, more importantly, his post coincided with the actual launch of the Ignite V150 in South America. Ignite's distributor is livid as the attached email indicates. Dan had previously made a bogus post for the V180 for which he later apologized and then deleted. This distributor accounts for more than 50% of Ignite's sales. The distributor has invested more than $15 million in the V150 and has indicated he might ask Ignite to refund his money and take the product back as it now looks like intentional sabotage.

On behalf of Ignite's Board of Directors, Ignite's majority shareholders, Ignite's management, and Ignite's lender, this letter shall serve as Ignite's demand that Dan immediately stop using Ignite's social media accounts and that he turn over the passwords for all Ignite social media accounts to Scott Rohleder, Ignite's CEO, not later than 5:00 pm EDT on June 6, 2024.

Sincerely,

Greg Gilpin-Payne
President

3

## Agreement

This agreement, dated December 29, 2023, sets forth the agreement between Gregory Gilpin-Payne, on behalf of Vulcan Enterprises SKN, Ltd, Atlas Investments Ltd, Veritas Investments, Ltd, and International Investments Ltd (collectively "**Majority Shareholders**"), Dan Bilzerian (the "**Chairman**") and Ignite International Brands, Ltd. ("**Ignite**" or the "**Company**") regarding the matters discussed herein.

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged by each of the parties hereto, the parties hereby agree as follows:

1    Board Composition. Promptly following the execution of this letter agreement, all of the directors of the Company, other than the Chairman, (the "**Resigning Directors**") will resign from the board of directors of the Company (the "**Board**"). The Company hereby acknowledges that each of the Resigning Directors will have their options vest upon submission of their letter of resignation to the Board.

2    Annual Meeting. The annual meeting of shareholders of the Company will be held on January 18, 2024. A new information circular will be created and distributed that sets the number of directors to be elected at the annual meeting at one, with the Chairman as the sole nominee.

3    Consultants. The Board shall retain the following three consultants: David Bell, Paul Bilzerian and Mark Filippell ("**Consultants**") who (or their designee) will each receive options to purchase 100,000 Subordinate Voting shares of Ignite at USD$1.00 per share. The Board's decisions will be made after consideration of the unanimous recommendation by the Consultants.

4    Majority Shareholders. Each of the Chairman and the "**Majority Shareholders**" agree to vote the all shares of the Company (the "**Shares**") for which they have beneficial ownership, or over which they have control or direction, in order to ensure the implementation of this letter agreement at the annual meeting of shareholders or by written resolution.

5    Sales Process. The Company will proceed with Palm Tree Advisors to make arrangements for the Company to be offered for sale, either by a stock or asset sale, by no later than April 1, 2024.

6    Chief Executive Officer and Chief Operating Officer. Scott Rohleder will remain as Chief Executive and Chief Operating Officer until the next annual meeting of the Company.

7    Representations and Warranties. Each party to this letter agreement represents and warrants that: (a) if not an individual, it has the power, capacity and authority to execute, deliver and carry out the terms and provisions of this letter agreement and to consummate the transactions contemplated hereby; (b) this letter agreement has been duly authorized, executed and delivered by it and constitutes a legal, valid and binding obligation

enforceable against he, she or it in accordance with its terms; and (c) he, she or it has beneficial ownership of, or control or direction over, the number of shares of the Company ("**Shares**") set out below his, her or its signature line hereto.

8     Assignment. This letter agreement, including any of the rights, duties or obligations herein, is not assignable or transferable by any signatory hereto without the prior written consent of the other signatories. Any attempt to assign any of the rights, duties or obligations in this letter agreement without such written consent is void.

9     Severability. If at any time subsequent to the date hereof, any provision of this letter agreement is held by any court of competent jurisdiction to be illegal, void, or unenforceable, such provision will be of no force and effect, but the illegality or unenforceability of such provision will have no effect upon the legality or enforceability of any other provision of this letter agreement.

10     No Waiver. No failure or delay by any party in exercising any right or remedy hereunder will operate as a waiver thereof, nor will any single or partial waiver thereof preclude any other or further exercise thereof or the exercise of any other right or remedy hereunder.

11     Amendment. This letter agreement may be amended only by a written instrument duly executed by all of the parties or their respective successors or assigns.

12     Miscellaneous. All modifications of and amendments to this letter agreement or any part hereof must be in writing signed on behalf of all parties. Waivers of any terms and provisions of this letter agreement shall be in writing signed on behalf of all parties. Time is of the essence.

An executed copy of this agreement may be transmitted by email and the transmission of a signature by such means constitutes effective delivery.

[signature page follows]

2

IN WITNESS WHEREOF, THE PARTIES HAVE HEREUNTO SIGNED THIS AGREEMENT AS OF THE 29TH DAY OF DECEMBER, 2023.



Gregory Gilpin Payne, Director
On Behalf of Majority Shareholders
Number of Subordinate Voting Shares (included converted PVS shares)
collectively represented: 164,958,753

ACCEPTED AND AGREED:

Dan Bilzerian
Number of Shares represented:
733,625 Proportionate Voting Shares

ACCEPTED AND AGREED

IGNITE INTERNATIONAL BRANDS, LTD.
By: Dan Bilzerian, Chairman

**International Investments, Ltd.**
**858 Zenway Blvd**
**Basseterre, St Kitts**
**(869) 466-8000**

June 1, 2024

Mr. Dan Bilzerian
5990 W. Patrick Lane
Las Vegas, NV 89118

Re: Demand for Your Resignation

Dear Mr. Bilzerian:

I am writing this letter demanding your immediate resignation as a director of Ignite International Brands Ltd, and any and all subsidiaries where you hold any position, at the request of the majority of the Ignite International Brands, Ltd ("Ignite") shareholders, Ignite's primary lender, Ignite management, and Ignite's former directors.

You have severely breached your fiduciary duty to Ignite and caused enormous damage to this lifestyle brand by making ridiculous political statements including:

1. On Twitter: "In case y'all were confused on where I stand, let me be clear, Fuck Israel."
2. On Facebook: "Israel is a parasitic organism living off of America while providing us zero benefit. We are funding their war crimes and they've compromised our government."

Even worse, because you manage the Ignite social media pages, you have "liked" your inflammatory comments on behalf of Ignite. Ignite's management and employees unanimously disagree with the fact that you thrust Ignite into the middle of this very contentious issue with your comments, especially since you did it while we are in the middle of a sale process. You have deeply embarrassed and offended Ignite's distributors, Ignite's customers, Ignite's shareholders, and Ignite's management and employees, the very people that have worked tirelessly to expand the brand globally and make Ignite a success.

Based on the opinion of Ignite's investment banker, your actions have diminished the value of Ignite by at least 50% and, if you don't resign promptly, the damage with be much greater as the company loses more and more distributors, retailers and customers.

Your reckless actions have resulted in the following backlash which are just a small sample of the negative reports that Ignite is receiving:



- Summit Wine and Spirits, Ignite's Nevada distributor, has reported a backlash in which key accounts PKWY Tavern and Lee's Liquors, have ceased to do business with Ignite and have told Summit to pick up products previously sold to them.
- Ignite's general counsel, Kim Stein, has threatened to resign as counsel and has indicated that her affiliation with Ignite has damaged her business and reputation and has offended her and her family and friends.
- Ignite's investment banker, JD Ford and Company, has made it clear that on the eve of marketing the company for sale, the value of the company has been reduced "by at least 50%". Without your resignation as the company director, it is unlikely that JD Ford will continue forward marketing the company for sale and, even if it did, that a buyer could be found.
- International Investments, Ltd. ("II"), the company I represent, is the second largest shareholder and the only lender to Ignite which is owed $21,548,361. Further II has lent you, Mr. Bilzerian, $2,400,000. Of that amount, $1,500,000 is in default with the balance coming due in the next couple months. Given your failure to pay your debt, and now your reckless social media statements damaging the brand, II has no choice but to sue and obtain a judgment which would bring even more embarrassment to Ignite if you were to remain as a director.

**Our demand is for you to immediately resign as the Director and Chairman of Ignite International Brands, Ltd. Further, you must provide all passwords and access to any Ignite social media accounts under your control. If you do not comply by 9:00 am EST on June 3, 2024, we will be forced to take legal action which will only cause yet more damage to the brand and the Company.**

To be very clear, the following have provided me their consent to include them in support of this demand letter:

Ignite Shareholders representing 51.8% of the shares:

- International Investments, Ltd.     24.95% ownership
- Atlas Investments, Ltd     10.74% ownership
- Vulcan Enterprises, SKN     8.24% ownership
- Veritas Investments, Ltd     5.68% ownership
- Cordell Companies     1.56% ownership
- Scott Rohleder, CEO     .63% ownership

Ignite Management:

- Scott Rohleder, President and CEO
- Michalis Voulelis, EVP of Global Sales

2



- Rupy Dhadwar, CFO
- Greg Solomon, VP of Marketing
- Ethan Hughes, VP of Business Development
- Kelly Young, VP of Sales, EU and UK
- Rodrigo Costa, VP of Sales, Brazil
- Jamshid Inogamov, VP of Sales, Russia and CIS
- Michael Yanni, VP US Sales
- Roberto Duque, VP of Business Development

Ignite Former Directors:

- Greg Gilpin-Payne
- Robin Rodriguez
- Tom Bunker
- Ralph Payne

I will re-emphasize that we demand you provide Scott Rohleder with your letter of resignation not later than 9:00 am EDT on June 3, 2024.

Please reply as soon as possible so that we can attempt some damage control and succeed in monetizing this asset.

Sincerely,

Greg Gilpin-Payne
President

cc: Jason Verona

3

**International Investments, Ltd.**
**858 Zenway Blvd**
**Basseterre, St Kitts**
**(869) 466-8000**

June 2, 2024

Mr. Dan Bilzerian
5990 W. Patrick Lane
Las Vegas, NV  89118

Re:  Termination As Director of Ignite International Brands, Ltd. and Subsidiaries

Dear Mr. Bilzerian:

Because you have refused to resign as a Director of Ignite International Brands, Ltd. and its relevant subsidiaries ("Ignite"), as outlined in my letter dated June 1, 2023, based on the authority and consent provided to me by the majority of Ignite shareholders listed below, this letter shall serve as your notice of termination, effective immediately, as Chairman and  Director of Ignite International Brands, Ltd and subsidiaries.  You are hereby prohibited from representing Ignite, speaking on behalf of Ignite, and taking any action on behalf of Ignite.

Ignite Shareholders consenting to this termination and representing 51.8% of the shares include:

- International Investments, Ltd.      24.95% ownership
- Atlas Investments, Ltd          10.74% ownership
- Vulcan Enterprises, SKN          8.24% ownership
- Veritas Investments, Ltd          5.68% ownership
- Cordell Companies            1.56% ownership
- Scott Rohleder, CEO            .63% ownership

You should note that we believe virtually ALL of the other shareholders will support your immediate termination.

Having written the above, it is in the best interest of Ignite and you to amicably transition.   Joe Durnford previously provided you a transition plan that would rehabilitate your reputation by resigning to pursue your political interests in stopping the Hamas war and helping the victims.  That plan consists of the following:

1.   Dan Bilzerian will resign as Chairman to pursue his passion to be an advocate to end the pain and suffering caused by the current Hamas/Israeli War and other similar conflicts.  Dan



recognizes that he as founder of Ignite, a lifestyle brand based on fun, cannot engage in politics and as such, desired to follow his passion to help others.

2. Ignite will create a foundation in which Dan will fund shares of Ignite which will benefit the victims of the Hamas/Israeli War as well as victims in other conflicts.
3. Ignite will contribute a percentage of each vape sale to the foundation.
4. Dan will delete his offending posts.
5. Dan will apologize and clarify that his choice of words was wrong, and his intention was to criticize Netanyahu and the Israeli government and not the country and citizens of Israel.

A new Board of Directors is being formed which will be announced shortly so you have until 9:00 am EDT on Monday June 3, 2024 to decide whether you wish to resign and follow Joe Durnford's plan and take the high road.

In any event, we wish you the best as you pursue your passion and desire to do the right thing.

Sincerely,

Greg Gilpin-Payne
President

2

## Support Requested

ali el amine <ali@aetradinginc.com>
Wed 6/5/2024 9:23 AM

To:Paul Bilzerian <paul@internationalinvestmentsltd.com>;Scott Rohleder <scott.rohleder@ignite.co>;Michalis Voulelis <michalis.voulelis@ignite.co>;Rodrigo Costa <rodrigo.costa@ignite.co>

Dear Paul, Scott, and Team,

We know you're busy this morning, so we'll keep this brief.

Dan's Instagram post about the new unit is causing significant friction with customers, many of whom are accusing us of intentionally sabotaging their V150 sales. We assured them it was a fluke, a prototype, or an unintentional post.

Our stance on this matter is well documented, and we agreed to look the other way the first time as we were assured it wouldn't happen again. However, the timing is highly suspicious—first, a few days before the anticipated V150 release, and now exactly on the release day.

Is there anything we should be wary of? We have our staff's safety to consider.


Best regards,


**Ali Elamine**

**AE Trading, Inc.**
**26935 Ford Rd.**
**Dearborn Heights, MI 48127 USA**
**www.aetradinginc.com**
**ali@aetradinginc.com**