# **Exhibit 3**

Metadata of June 5, 2024, Letter

