# Exhibit 4

Declaration of Jay M. Wolman

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 1:89-cv-1854-RCL |
| *Plaintiff,* | |
| VS. | **DECLARATION OF JAY M. WOLMAN** |
| PAUL A. BILZERIAN, *et al.,* | |
| *Defendants.* | |

I, Jay M. Wolman, hereby declare:

1.      I am over 18 years of age and have never been convicted of a crime involving fraud or dishonesty. I have knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

2.      I am an attorney at Randazza Legal Group, PLLC, counsel for Movant-Intervenor Dan Bilzerian in the above-captioned matter. I make this declaration in support of the Motion to Supplement the Record (the "Motion").

3.      On December 15, 2025, I received a copy of the June 5, 2024, email chain and letter from Mr. Gilpin-Payne, for IIL, to Paul Fitzgerald, Movant's then-counsel in Canada.

4.      A true and correct copy of that letter and email chain are attached to the Motion as **Exhibits 2 & 5**.

5.      On December 16, 2025, I used Adobe Acrobat Pro to view the metadata of the PDF file of the letter.

6.      The metadata of the PDF file for the letter shows that it was created at 5:05:33 p.m. and modified at 5:13:54 p.m.

- 1 -
Declaration of Jay M. Wolman
1:89-cv-1854-RCL

- 2 -

7.    A true and correct copy of a screenshot of that metadata is attached to the Motion as **Exhibit 3**.

8.    Pursuant to LCvR 7(m), I met and conferred with Defendant by telephone on December 19, 2025, regarding the relief requested in this Motion in a good faith effort to narrow the areas of disagreement. During that LCvR 7(m) conference on December 19, 2025, Defendant Paul Bilzerian admitted to his authorship, stating "it looked to me like that was I drafted a letter for Greg, other people gave their input into it, and Greg submitted it."

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/19/2025

Jay M. Wolman

RANDAZZA | LEGAL GROUP