# **Exhibit 5**

Email Chain
June 5, 2024

 Outlook

---

## Letter regarding Ignite International Brands Ltd

---

**From** greg internationalinvestmentsltd.com <greg@internationalinvestmentsltd.com>

**Date** Wed 6/5/2024 5:21 PM

**To**    Paul Fitzgerald <paul.fitzgerald@nortonrosefulbright.com>

**Cc**    Scott Rohleder <scott.rohleder@ignite.co>

📎 1 attachment (1 MB)

Ltr to Paul Fitzgerald.060524 Signed.pdf;

**[External Email – Use Caution]**

Dear Mr. Fitzgerald,

Please refer to the attached letter.

Sincerely,

Greg Gilpin-Payne
President
Iternational Investments Ltd
858 Zenway Blvd
Frigate Bay
St.Kitts
Tel (Work) 1-869-466-8000
Tel (Cell & Whats App) 1-869-669-2223

---

**From:** Paul Bilzerian

**Sent:** Wednesday, June 5, 2024 5:16 PM

**To:** greg internationalinvestmentsltd.com

**Cc:** scott@icesltd.com

**Subject:** Re: Letter to Dan's lawyer

Dear Greg,

Attached is the letter to be sent to Paul Fitzgerald at paul.fitzgerald@nortonrosefulbright.com with a copy to Scott.

Best regards,

Paul A. Bilzerian
Consultant
IIC Management Company, Ltd.
858 Zenway Boulevard
Frigate Bay, St. Kitts
P.O. Box 2086

Basseterre, St. Kitts
Office: (869) 466-8000
Cell: (869) 660-7347
US No. (813) 260-4973

---

**From:** Paul Bilzerian
**Sent:** Wednesday, June 5, 2024 4:55 PM
**To:** greg internationalinvestmentsltd.com
**Cc:** scott@icesltd.com
**Subject:** Re: Letter to Dan's lawyer
Attached is the final version for your signature.

Best regards,

Paul A. Bilzerian
Consultant
IIC Management Company, Ltd.
858 Zenway Boulevard
Frigate Bay, St. Kitts
P.O. Box 2086
Basseterre, St. Kitts
Office: (869) 466-8000
Cell: (869) 660-7347
US No. (813) 260-4973

---

**From:** Paul Bilzerian
**Sent:** Wednesday, June 5, 2024 3:47 PM
**To:** greg internationalinvestmentsltd.com ; scott@icesltd.com
**Subject:** Letter to Dan's lawyer
Please review the attached and provide me with your comments and suggestions.

Best regards,

Paul A. Bilzerian
Consultant
IIC Management Company, Ltd.
858 Zenway Boulevard
Frigate Bay, St. Kitts
P.O. Box 2086
Basseterre, St. Kitts
Office: (869) 466-8000
Cell: (869) 660-7347
US No. (813) 260-4973