UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE
COMMISSION,

v.

PAUL A. BILZERIAN,

Defendant.

Case No. 1:89-cv-1854-RCL

## ORDER

Upon consideration of intervenor Kevin A. Horstwood's [1259] Motion to Enforce, the further briefing thereon, and the entire record, the Court finds that Mr. Horstwood has not established probable cause that the individuals named therein willfully violated this Court's [1257] Order of January 24, 2025.

Willfulness is an essential element of criminal contempt. *Compare N.L.R.B. v. Blevins Popcorn Co.*, 659 F.2d 1173, 1184 (D.C. Cir. 1981) ("In civil contempt proceedings . . . the intent of the recalcitrant party is irrelevant."), *with United States v. Rapone*, 131 F.3d 188, 192 (D.C. Cir. 1997) ("To support a conviction under [18 U.S.C. § 401(3)], the government must prove, beyond a reasonable doubt, that the defendants willfully violated a 'clear and reasonably specific' order of the court." (citation omitted)). And although the Court's ruling holding Paul Bilzerian in civil contempt observed, necessarily in dicta, that evidence suggested that that Mr. Bilzerian understood and intentionally violated the Court's 2001 injunction, *see SEC v. Bilzerian*, No. 1:89-cv-1854-RCL, 2025 WL 294955, at *13 (D.D.C. Jan. 25, 2025), Mr. Horstwood now asks the Court to initiate criminal proceedings based on contumacious non-compliance with the January 2025 order, not with the 2001 injunction, and by a broader array of individuals, including Paul Bilzerian, his son Adam, and various associates. Mr. Horstwood has not demonstrated that conduct with respect

to the January 2025 order meets the *mens rea* requirement for felony contempt because he has not provided evidence establishing probable cause that those individuals have continuing authority to terminate the subject litigation or had such authority at the times relevant to the Order. It is therefore **ORDERED** that the [1259] Motion is **DENIED**.

     **SO ORDERED.**

Date: March 30, 2026

                                              Royce C. Lamberth
                                              United States District Judge